UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

TRUSTEE'S SUPPLEMENTAL REPORT

FOLLOWING ORDER ENTERED ON DOCKET ON 7/3/17

CASE NO.:      15-12242-WHD

DEBTOR:        ANNIE MAE HARVEY

**TRUSTEE TO REPORT BACK**

WHETHER DEBTOR'S PAYMENTS ARE CURRENT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

RECOMMENDS DISMISSAL BECAUSE: THE DEBTOR HAS FAILED TO COMPLY WITH THE PAYMENT TERMS OF THE ABOVE-STATED ORDER; SINCE THE ORDER WAS ENTERED, THE DEBTORS SHOULD HAVE PAID $875.00 THE DEBTORS HAVE PAID $350.00. CAUSING A DELINQUENCY OF $525.00.

PLEASE ENTER AN ORDER OF DISMISSAL.

December _____, 2017

_____
Melissa J. Davey
Chapter 13 Trustee
GA Bar No. 206310

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

15-12242-WHD

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

Annie Mae Harvey
143 Coach Drive
Griffin, GA 30223

ATTORNEY FOR DEBTOR:

Christopher Carouthers
Chris Carouthers & Associates
Suite 131
2250 North Druid Hills Rd.
Atlanta, GA 30329

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This ____1____ day of December, 2017.

_____
Melissa J. Davey
Chapter 13 Trustee
GA Bar No. 206310

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444